IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HO KEUNG TSE,                                           No. C 13-1204 SI

        Plaintiff,

  v.                                                                **JUDGMENT**

BLOCKBUSTER, L.L.C.,

        Defendant.
                                     /

    Summary judgment having been granted in favor of defendants and against plaintiff in the above captioned case, the Court hereby enters judgment accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: December 11, 2013

SUSAN ILLSTON
United States District Judge