1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

HO KEUNG TSE,                                    No. C 13-1204 SI

                          Plaintiff,

        v.                                       **JUDGMENT**

BLOCKBUSTER, L.L.C.,

                          Defendant.

_____/

        Summary judgment having been granted in favor of defendants and against plaintiff in the
above captioned case, the Court hereby enters judgment accordingly.


        **IT IS SO ORDERED AND ADJUDGED.**


Dated: December 11, 2013              _____
                                      SUSAN ILLSTON
                                      United States District Judge

**United States District Court**
For the Northern District of California